UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEPHEN GASS,
                Plaintiff,

v.

VILLAGE OF HIGHLAND FALLS, JOSEPH
D'ONOFRIO, BRIAN ALYWARD, GARY
BOYCE, and JOHN JONES,
                Defendants.
------------------------------------------------------------x



**ORDER**

19 CV 8109 (VB)

The Court has been advised that the parties have settled this case. The parties jointly request the Court to hold a hearing at which plaintiff may confirm before the Court that he both understands and agrees to all terms and conditions of the settlement agreement. Accordingly, it is HEREBY ORDERED:

1. The Court will hold an on-the-record post-mediation conference on November 27, 2019, at 9:15 a.m.

2. By November 22, 2019, plaintiff's counsel shall submit to Chambers a copy of the settlement agreement for the Court's review.

Dated: November 15, 2019
      White Plains, NY

SO ORDERED

_____
Vincent L. Briccetti
United States District Judge