UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEPHEN GASS,

        Plaintiff,

v.

VILLAGE OF HIGHLAND FALLS, JOSEPH
D'ONOFRIO, BRIAN ALYWARD, GARY
BOYCE, and JOHN JONES,

        Defendants.
------------------------------------------------------------x

**ORDER**

19 CV 8109 (VB)

        The Court conducted an on-the-record conference today, at which plaintiff, his counsel, and counsel for defendants appeared in person.

        At the conference, plaintiff's counsel provided the Court a copy of the parties' unexecuted settlement agreement. The Court allocuted plaintiff with respect to the terms and conditions of the agreement. Plaintiff acknowledged he reviewed the agreement with his counsel, and that he understands the agreement's terms and conditions.

        By December 23, 2019, the parties shall file a proposed stipulation and order of dismissal of this case.

Dated: December 18, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge