UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
STEPHEN GASS,

                       Plaintiff,

      -against-

VILLAGE OF HIGHLAND FALLS, JOSEPH D'ONOFRIO,
BRIAN ALYWARD, GARY BOYCE and JOHN JONES,

                       Defendants.
-------------------------------------------------------------------X

Docket No.: 7:19-cv-08109

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff STEPHEN GASS ("Plaintiff") and Defendants VILLAGE OF HIGHLAND FALLS, JOSEPH D'ONOFRIO, BRIAN ALYWARD, GARY BOYCE and JOHN JONES ("Defendants"), by and through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby stipulate and agree to the withdrawal and dismissal, with prejudice, of all claims against Defendants in the above-captioned action, upon the Court's Order.

The parties hereby stipulate and agree that the signatures appearing below will be deemed to be originals.

After due deliberation, the Court HEREBY ORDERS AND DECREES that all of the claims asserted against Defendants in the above-captioned case are dismissed in their entirety, with prejudice and without costs.

Dated: New York, New York
       December 23, 2019

MICHAEL D. DIEDRICH, JR., ESQ.

*[signature]*  12/23/2019

*Attorneys for Plaintiff*
361 Route 210
Stoney Point, New York 10980
845-942-0795

MORRIS DUFFY ALONSO & FALEY

*[signature]*  12/23/2019

*Attorneys for Defendants*
101 Greenwich Street, 22nd Floor
New York, New York 10006
212-766-188

— 1 —

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN GASS,

                          Plaintiff,                     Docket No.: 7:19-cv-08109

    -against-

VILLAGE OF HIGHLAND FALLS, JOSEPH D'ONOFRIO,
BRIAN ALYWARD, GARY BOYCE and JOHN JONES,

                          Defendants.
------------------------------------------------------------X

## ORDER OF DISMISSAL

This matter coming to be heard on the parties' Stipulation of Voluntary Dismissal, the Court having reviewed the Stipulation, and being duly advised, it is HEREBY ORDERED THAT:

1. The above-captioned matter is dismissed with prejudice; and

2. Each party shall bear its own costs and attorneys' fees in connection with this action.

IT IS SO ORDERED

_____
Hon. Vincent L. Briccetti
United States District Judge

Dated: 12/27/2019

3. The Clerk is instructed to close this case.